## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE**, ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. 1:18-cv-553 |
| ) | |
| **v.** ) | |
| ) | |
| **THE GEORGE WASHINGTON** ) | |
| **UNIVERSITY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, John Doe respectfully moves for an order (1) enjoining the defendant, The George Washington University ("GW"), from continuing to withhold the bachelor's degree it was set to confer upon him on January 19, 2018, and (2) requiring it to allow him to graduate as planned on May 20, 2018. GW suspended Mr. Doe for one year on January 23, 2018, after Mr. Doe had completed all of his degree requirements. As he explains more fully in the memorandum accompanying this motion, he will suffer lifelong irreparable harm if a gap in his education is allowed to form, even if he succeeds at trial, because that gap will be permanent and will inevitably require disclosure of his suspension and its cause. GW, by contrast, will suffer almost nothing by the grant of the requested injunction because Mr. Doe has no desire to return to campus any time soon (and would agree not to do so), and because GW can simply revoke his degree should it prevail on the merits. Life for GW will go on the same whether or not the injunction is granted, whereas Mr. Doe will suffer irreversible harm without an injunction. Counsel for Mr. Doe have conferred with counsel for GW about resolving this matter and the parties have been unable to do so.

WHEREFORE, John Doe respectfully requests that his Motion for a Preliminary Injunction be granted.

                                                Respectfully submitted,

DATED: March 13, 2018               /s/ Justin Dillon
                                                Justin Dillon (D.C. Bar No. 502322)
                                                Christopher C. Muha (D.C. Bar No. 987116)
                                                KAISERDILLON PLLC
                                                1401 K Street NW, Suite 600
                                                Washington, DC 20005
                                                T: (202) 640-2850
                                                F: (202) 280-1034
                                                jdillon@kaiserdillon.com
                                                cmuha@kaiserdillon.com

                                                *Attorneys for Plaintiff John Doe*

**Certificate of Service**

I hereby certify that on this 13th day of March, 2018, a copy of the foregoing Motion for a Preliminary Injunction, including those exhibits designated to be filed under seal, was served by email upon the following counsel who have been retained to represent The George Washington University in this matter:

Joshua W. B. Richards
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Joshua.Richards@saul.com

                                            /s/ Christopher C. Muha
                                            Christopher C. Muha