# Exhibit 11



[Home (/)](/) ▸ University Title IX Process to Undergo Assessment

# University Title IX Process to Undergo Assessment

*Vice Provost for Diversity, Equity and Community Engagement has initiated a review of Title IX procedures.*



*July 24, 2017*

George Washington University has initiated a review of its Title IX procedures as part of an effort to ensure that the university continues to meet the

challenge of eliminating and preventing discrimination on the basis of sex in its programs and activities.

Title IX is part of a federal civil rights law that prohibits sex discrimination in education, including sexual harassment, gender-based discrimination and sexual violence.

The review will be conducted with the assistance of outside experts from the law firm Cozen O'Connor. The firm has significant experience working with universities and colleges in reviewing Title IX policies and procedures. As part of this review, members of the law firm will meet with students and other members of the university community.

Caroline Laguerre-Brown, GW's vice provost for diversity, equity and community engagement, said that the university regularly reviews its Title IX procedures to make sure they continue to meet the needs of the GW community.

"Cozen O'Connor's Institutional Response Group has important experience working with institutions like ours and will assist us by reviewing our procedures with a fresh set of eyes," she said.

Enhancements to the Title IX program that may result from the review will be shared over the course of the next academic year.

---



(http://gwtoday.gwu.edu)

RICE HALL
DIVISION OF EXTERNAL RELATIONS
2121 Eye Street, NW
Washington, DC 20052

**FOLLOW US**



(https://www.facebook.com/George.Washington.Today) (https://twitter.com/gwtoday)

Home (http://gwtoday.gwu.edu/)
Subscribe (http://gwtoday.gwu.edu/gw-today-email-subscriptions)
Contact (mailto:gwtoday@gwu.edu)
About (http://gwtoday.gwu.edu/about)