# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) Civil Action No. 1:18-cv-553 |
| v. | ) ) ) |
| THE GEORGE WASHINGTON UNIVERSITY, | ) ) ) |
| Defendant. | ) ) ) |

## DECLARATION OF CHRISTOPHER C. MUHA

I, Christopher C. Muha, hereby declare as follows:

1. I represent John Doe in the above-captioned matter.

2. Attached as Exhibit 1 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of the Adjudication Report Mr. Doe submitted with his appeal on January 30, 2018.

3. Attached as Exhibit 2 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of the "Consent" page of the website of GW's Title IX Office (https://haven.gwu.edu/consent) as it existed on March 13, 2018.

4. Attached as Exhibit 3 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of an article titled, "Title IX Office Expands With Three New Staffers" (https://gwtoday.gwu.edu/title-ix-office-expands-three-new-staffers) as it existed on March 13, 2018.

5. Attached as Exhibit 4 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of the "Workshops" page of the website of GW's Title IX Office (https://haven.gwu.edu/workshops) as it existed on March 13, 2018.

6. Attached as Exhibit 5 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of an article titled, "Title IX investigation could change sexual violence case process" (https://www.gwhatchet.com/2017/08/28/title-ix-investigation-could-change-sexual-violence-case-process/) as it existed on March 13, 2018.

7. Attached as Exhibit 6 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of an article titled, "Sexual assault survivor petitions GW to expel assailant"

(https://www.gwhatchet.com/2017/04/06/sexual-assault-survivor-petitions-gw-to-expel-assailant/) as it existed on March 13, 2018.

8. Attached as Exhibit 7 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of a publication titled, "Message from University Administrators" (https://gwtoday.gwu.edu/message-university-administrators) as it existed on March 13, 2018.

9. Attached as Exhibit 8 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of an article titled, "'Rapist' Banner Causes Scene at GW Commencement" (http://dailycaller.com/2017/05/23/rapist-banner-causes-scene-at-gw-commencement/) as it existed on March 13, 2018.

10. Attached as Exhibit 9 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of an article titled, "'GW Protects Rapists:' Students Protest at Graduation Ceremony" (http://dcist.com/2017/05/gw_student_protests_at_graduation_o.php) as it existed on March 13, 2018.

11. Attached as Exhibit 10 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of the LinkedIn page of Kiera Bloore, the defendant's Title IX Investigator (https://www.linkedin.com/in/kiera-bloore-a3889963/) as it existed on March 13, 2018.

12. Attached as Exhibit 11 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of an article titled, "University Title IX Process to Undergo Assessment" (https://gwtoday.gwu.edu/university-title-ix-process-undergo-assessment) as it existed on March 13, 2018.

13. Attached as Exhibit 12 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of an article titled, "Outside Education Dept., survivors, advocates hold vigil in support of Title IX" (https://www.gwhatchet.com/2017/10/20/outside-education-dept-survivors-advocates-hold-vigil-in-support-of-title-ix/) as it existed on March 13, 2018.

14. Attached as Exhibit 13 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of the packet of investigation materials the defendant sent to Mr. Doe before his hearing and which Mr. Doe attached to his appeal on January 30, 2018.

15. Attached as Exhibit 14 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of a transcript of Mr. Doe's hearing on December 14, 2017 that I commissioned from a third party vendor based on an audio recording of the hearing provided by the defendant.

16. Attached as Exhibit 15 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of Mr. Doe's appeal of the finding of responsibility for sexual assault and his suspension.

17. Attached as Exhibit 16 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of a toxicology report prepared by Dr. Harry Milman, which Mr. Doe submitted with his appeal on January 30, 2018.

18. Attached as Exhibit 17 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of the curriculum vitae of Dr. Harry Milman.

19. Attached as Exhibit 18 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of a statement that Q.W. sent to me for use in Mr. Doe's appeal and which was submitted with his appeal on January 30, 2018.

20. Attached as Exhibit 19 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of a letter communicating the rejection of Mr. Doe's appeal.

21. Attached as Exhibit 20 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of a Declaration of John Doe.

I declare, under penalty of perjury, that the foregoing is true and is based on personal knowledge.

BY: _____

Christopher C. Muha

DATED: March 13, 2018