# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE**, ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. 1:18-cv-553 |
| ) | |
| v. ) | |
| ) | |
| **THE GEORGE WASHINGTON** ) | |
| **UNIVERSITY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## [PROPOSED] ORDER

Upon consideration of John Doe's Motion for a Preliminary Injunction, any opposition thereto, any argument thereon, and for good cause shown, it is, this ____ day of _____, 2018,

**ORDERED** that John Doe's Motion for a Preliminary Injunction is hereby GRANTED. The defendant is ordered to confer upon John Doe the degree he was to receive on January 19, 2018. The defendant is further ORDERED to allow Mr. Doe to graduate on or before May 20, 2018. The defendant is additionally ORDERED to otherwise treat Mr. Doe, and his educational records, as though he had never been found responsible for misconduct or disciplined by it, until such time, if any, that it prevails on the merits in this matter.

_____
Hon. Rosemary M. Collyer
United States District Judge