# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE**, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:18-cv-553-RMC |
| ) | |
| v. ) | |
| ) | |
| **THE GEORGE WASHINGTON** ) | |
| **UNIVERSITY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR LEAVE TO SERVE THIRD PARTY
## SUBPOENA BEFORE THE RULE 26(f) CONFERENCE

Plaintiff John Doe, through counsel, respectfully moves for an order allowing him to immediately serve a single third-party subpoena that is narrowly tailored to acquire evidence relevant to his Motion for a Preliminary Injunction. Federal Rule of Civil Procedure 26(d) generally bars the service of any discovery before the parties conduct the conference required by Rule 26(f), but courts may allow such discovery to be taken upon a showing of good cause. *Malibu Media, LLC v. Doe*, 109 F. Supp. 3d 165, 167 (D.D.C. 2015). As John Doe explains more fully in the memorandum in support of this motion, good cause exists here. The subpoena seeks evidence with the potential to disprove one of the key factual allegations underlying this lawsuit: whether Jane Roe, who accused Mr. Doe of sexual assault, ever spoke with her friend, E.E., as she and Mr. Doe rode in an Uber to his dorm on the night of September 12-13, 2015. The subpoena will impose no burden on the defendant or on the individual whose phone records are being sought from her phone company.

Because Mr. Doe hopes to use the information sought by the subpoena in support of his Motion for a Preliminary Injunction, he respectfully requests expedited consideration of this motion.

WHEREFORE, Plaintiff respectfully requests that his Motion for Leave to Serve Third Party Subpoena Before the Rule 26(f) Conference be granted.

Local Civil Rule 7(m) Statement

Before filing this motion counsel for Mr. Doe discussed it with opposing counsel and was informed that the defendant does not oppose the issuance of the requested subpoena.

Respectfully submitted,

DATED: March 14, 2018

/s/ Christopher C. Muha
Justin Dillon (DC Bar No. 502322)
Christopher C. Muha (DC Bar No. 987116)
KAISERDILLON PLLC
1401 K Street NW, Suite 600
Washington, D.C. 20005
T: (202) 640-2850
F: (202) 280-1034
jdillon@kaiserdillon.com
cmuha@kaiserdillon.com

*Attorneys for Plaintiff John Doe*

**<u>Certificate of Service</u>**

      I hereby certify that on this 14th day of March, 2018, a copy of the foregoing Motion for Leave to Serve Third Party Subpoena Before the Rule 26(f) Conference was served upon counsel of record by the Court's electronic filing system, and further that it was served by email with the exhibit designated to be filed under seal upon the following counsel who have been retained to represent The George Washington University in this matter:

| | |
|---|---|
| Joshua W. B. Richards | Jason A. Ross |
| Saul Ewing Arnstein & Lehr LLP | Saul Ewing Arnstein & Lehr LLP |
| Centre Square West | 1919 Pennsylvania Avenue, NW |
| 1500 Market Street, 38th Floor | Suite 550 |
| Philadelphia, PA 19102 | Washington, DC 20006 |
| Joshua.Richards@saul.com | Jason.Ross@saul.com |

                                                /s/ Christopher C. Muha
                                                Christopher C. Muha