# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE**, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:18-cv-553-RMC |
| ) | |
| v. ) | |
| ) | |
| **THE GEORGE WASHINGTON** ) | |
| **UNIVERSITY**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER

Upon consideration of John Doe's Motion for Leave to Serve Third Party Subpoena Before the Rule 26(f) Conference, and for good cause shown, it is, this ____ day of _____, 2018,

**ORDERED** that John Doe's Motion for Leave to Serve Third Party Subpoena Before the Rule 26(f) Conference is hereby GRANTED. There is good cause to permit immediate service of the subpoena attached to the motion.

_____
Hon. Rosemary M. Collyer
United States District Judge