UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-cv-553 (RMC) |
| ) | |
| THE GEORGE WASHINGTON ) | |
| UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

ORDER

For the reasons articulated in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction, Dkt. 6, is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's Motion *in Limine* to Preclude Introduction of E.E.'s Phone Records, Dkt. 23, is **DENIED**; and it is

**FURTHER ORDERED** that the Court will convene a status conference to set a schedule for expedited discovery and briefing.

Date: April 25, 2018                                 /s/
                                                                 ROSEMARY M. COLLYER
                                                                 United States District Court

1