**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JOHN DOE**, | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No.  1:18-cv-553 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE GEORGE WASHINGTON** | ) | |
| **UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF REDACTED FILINGS**

PLEASE TAKE NOTICE that pursuant to this Court's order granting John Doe's

Unopposed Motion to Proceed Under Pseudonym (ECF No. 2), and this Court's Minute Order on

May 18, 2018, John Doe hereby submits the attached redacted exhibits in support of his Motion

for Partial Summary Judgment (ECF No. 27):

1. Exhibit 1 to Motion for Partial Summary Judgment (corresponding to ECF No. 27-4)

2. Exhibit 2 to Motion for Partial Summary Judgment (corresponding to ECF No. 27-5)

3. Exhibit 13 to Motion for Partial Summary Judgment (corresponding to ECF No. 27-16)

4. Exhibit 15 to Motion for Partial Summary Judgment (corresponding to ECF No. 27-18)

5. Exhibit 17 to Motion for Partial Summary Judgment (corresponding to ECF No. 27-20)

6. Exhibit 18 to Motion for Partial Summary Judgment (corresponding to ECF No. 27-21)

7. Exhibit 19 to Motion for Partial Summary Judgment (corresponding to ECF No. 27-22)

8. Exhibit 20 to Motion for Partial Summary Judgment (corresponding to ECF No. 27-23)

9. Exhibit 21 to Motion for Partial Summary Judgment (corresponding to ECF No. 27-24)

10. Exhibit 22 to Motion for Partial Summary Judgment (corresponding to ECF No. 27-25)

11. Exhibit 23 to Motion for Partial Summary Judgment (corresponding to ECF No. 27-26)

2

Respectfully submitted,

DATED:  May 18, 2018

/s/ Christopher C. Muha
Justin Dillon (D.C. Bar No. 502322)
Christopher C. Muha (D.C. Bar No. 987116)
KAISERDILLON PLLC
1401 K Street NW, Suite 600
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
jdillon@kaiserdillon.com
cmuha@kaiserdillon.com

*Attorneys for Plaintiff John Doe*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May, 2018, a copy of the foregoing Notice of Redacted Filings was served upon counsel of record by the Court's electronic filing system, and further that it was served by email to the following counsel for The George Washington University:

Joshua W. B. Richards
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Joshua.Richards@saul.com

Jason A. Ross
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue, NW
Suite 550
Washington, DC 20006
Jason.Ross@saul.com

James A. Keller
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
James.Keller@saul.com

/s/ Christopher C. Muha
Christopher C. Muha