# Exhibit 2

 

Shop    Support    My Verizon

I am looking for

Home > Support > Billing & Payments > How to view previous billing statements

# Billing and Payments

Learn about different sections of your bill, payment options, how to set up Auto Pay and other helpful tools for your Verizon Wireless account.

## Popular Content

Billing Statement FAQs

Pay Your Bill FAQs

Video: Understanding Your Online Bill

## Manage Your Account Online

View Your Current and Past Bills in My Verizon

Pay Your Bill in My Verizon

Change Your Billing Address in My Verizon

## Related Support

Change Your Plan

Learn About Your Receipts

Tax & Surcharge E...

Ask the Verizon W...

**Live Chat**

- You're welcome!
- Go head
- I am here to help 3

> if I call someone and it rings for 30 seconds and then I hang up, will it show up on my bill as a 1-minute call?

> meaning, the call will just be rounded up to 1 minute on my bill?

- That is correct.

Chat with Verizon    Send >

**Understanding the Bill**    Making Payments

Home > Support > Billing & Payments > How to view previous billing statements

**Understanding the Bill**     Making Payments

Balance Forward   $0.00     Data, talk and text activity >

**Related Support**

Billing Statement FAQs
View your latest billing statements
Vew previous billing statements
Find usage on your bill

## Still Have Questions?



**Visit The Community Forums**

Ask questions, or share your opinions on Verizon Wireless products and services.

Visit the Community >



**Talk To Us On Twitter**

Got something to ask us? We're happy to help.

Tweet @VZWSupport >



**Connect With Us On Messenger**

Post a question and get a response from a Verizon Expert.

Ask on Messenger >



Live Chat

thanks for that.

and what about if I call someone and they do not answer?

Also..

does it show up on the bill?

I am seeing if they call and they do not answer it will be on the bill showing as numbers that you called.

thank you. one more question please:

Chat with Verizon         Send >