# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-cv-553 (RMC) |
| ) | |
| THE GEORGE WASHINGTON ) | |
| UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons articulated in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Mr. Doe's Motion for Partial Summary Judgment, Dkt. 27, is **GRANTED**; and it is

**FURTHER ORDERED** that, consistent with Article 34 of the University's Code of Student Conduct as interpreted by the Court, Mr. Doe's appeal shall be reviewed on the merits by an appellate panel; and it is

**FURTHER ORDERED** that Mr. Doe be permitted to present to the appellate panel the evidence in his original appeal as well as the E.E. phone records; and it is

**FURTHER ORDERED** that the University must ensure that the appellate panel convene and reach a decision by no later than **September 12, 2018**.

Date: August 14, 2018

ROSEMARY M. COLLYER
United States District Judge