# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE**, | ) |
| | ) |
| **Plaintiff**, | )   Civil Action No. 1:18-cv-553 |
| | ) |
| v. | ) |
| | ) |
| **THE GEORGE WASHINGTON UNIVERSITY**, | ) |
| | ) |
| **Defendant**. | ) |
| | ) |

## UNOPPOSED MOTION FOR LEAVE TO FILE
## SECOND AMENDED COMPLAINT

John Doe respectfully moves for leave to file a Second Amended Complaint, attached hereto as Exhibit A, to correct one paragraph in his Amended Complaint. In support of that motion, John Doe states as follows:

1. John Doe filed his Amended Complaint in this matter on September 28, 2018.

2. Paragraph 58 of the Amended Complaint states that the Education Department's Office for Civil Rights opened an investigation into GW's handling of sexual misconduct claims on August 8, 2017. It also states that that investigation "remains active," which was true at the time Mr. Doe filed his original Complaint on March 8, 2018.

3. That investigation, however, concluded on or around July 25, 2018. The Second Amended Complaint therefore corrects Paragraph 58 to note that the investigation concluded at that time. That is the sole change in the Second Amended Complaint.

4. Counsel for Mr. Doe consulted with counsel for GW about this motion, and counsel for GW does not oppose the relief requested herein.

5. Counsel for the parties agree that their briefing on GW's motion to dismiss John Doe's first Amended Complaint, and the date set by the Court for argument on that motion, may be deemed to apply to the Second Amended Complaint should this motion be granted, such that no new briefing and no new argument date need be ordered.

WHEREFORE, John Doe respectfully requests that his Unopposed Motion for Leave to File Second Amended Complaint be granted.

Respectfully submitted,

DATED: November 9th, 2018

/s/ Christopher C. Muha
Justin Dillon (D.C. Bar No. 502322)
Christopher C. Muha (D.C. Bar No. 987116)
KAISERDILLON PLLC
1401 K Street NW, Suite 600
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
jdillon@kaiserdillon.com
cmuha@kaiserdillon.com

*Attorneys for Plaintiff John Doe*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2018, a copy of the foregoing Unopposed Motion for Leave to File Second Amended Complaint was served by email upon the following counsel who have been retained to represent The George Washington University in this matter:

| | |
|---|---|
| Joshua W. B. Richards | Jason A. Ross |
| James A. Keller | Saul Ewing Arnstein & Lehr LLP |
| Saul Ewing Arnstein & Lehr LLP | 1919 Pennsylvania Ave. NW |
| Centre Square West | Suite 550 |
| 1500 Market Street, 38th Floor | Washington, DC 20006 |
| Philadelphia, PA 19102 | (202) 295-6655 |
| Joshua.Richards@saul.com | Jason.Ross@saul.com |
| James.Keller@saulcom | |

/s/ Christopher C. Muha
Christopher C. Muha