## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br>                *Plaintiff*,<br><br>       v.<br><br>THE GEORGE WASHINGTON<br>UNIVERSITY,<br><br>                *Defendant*. | Civil Action No. 1:18-CV-553-RMC |

### PROTECTIVE AND SEAL ORDER

**AND NOW**, this 11th day of December, 2018, it appearing that:

1.    Certain information and documents that may be relevant to this civil action may be of a confidential and/or legally protected nature, including but not limited to education records protected from disclosure by the Family and Educational Rights and Privacy Act, 20 U.S.C. § 1232g; 34 C.F.R. Part 99 *et seq*. ("FERPA"); and

2.    Good cause exists to order that such information, when filed with the Court, be filed in a nonpublic manner; and

3.    Good cause exists to order that such information, when exchanged by the parties in discovery, remain confidential; and

4.    To facilitate the orderly and lawful exchange of documents in this lawsuit without undue delay, cost, or burden, an Order clarifying the university's obligations under FERPA is warranted.

It is **ORDERED** that:

1.    Documents filed with the Court by any party to this action shall be **REDACTED** to remove all personally identifiable information pertaining to any student.

2.      Documents filed that identify or contain information relating to any current or former university student shall be filed **UNDER SEAL**, with a courtesy copy of any documents filed under seal provided to all other counsel and to the Court, with a clear header or footer on each page labeling the document as **CONFIDENTIAL**.

3.      Consistent with 20 U.S.C. 1232g and 34 C.F.R. 99.31(a)(9)(i)-(ii), insofar as: (a) any document in the possession or control of the University is relevant to the claims or defenses asserted in this civil action and is requested by Plaintiff, and (b) the University has no other good-faith basis to object to the disclosure of such document apart from its FERPA obligations, and (c) such document has been redacted to remove identifying information pertaining to any current or former students; then (d) the University shall produce such document to Plaintiff notwithstanding and without the obligation to observe the prior notice provisions set forth in 20 U.S.C. 1232g and 34 C.F.R. Part 99.  Nothing in this Order shall be interpreted to waive, or impede Defendant from asserting, non-FERPA-related objections to requests for documents or information in this civil action.

4.      Documents marked as confidential shall be treated as such by the parties.  Such documents may be used only for purposes of this litigation only shall not be disclosed, including information derived therefrom, to any third party.  Confidential documents shall be permanently deleted and/or destroyed at the conclusion of this civil action.

**BY THE COURT:**

_____

Collyer, J.