# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 18-553 (RMC)** |
| ) | |
| **THE GEORGE WASHINGTON** ) | |
| **UNIVERSITY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER FOR INITIAL SCHEDULING CONFERENCE

The above-captioned case has been assigned to this Judge for resolution.  The Initial Scheduling Conference is set for **February 13, 2019 at 10:00 a.m** via teleconference. Counsel who attend must be sufficiently familiar with the case to answer any questions that arise; parties are welcome and are encouraged to attend.

Counsel shall confer at least 21 days prior to the above date and submit their Report addressing all topics listed in Local Rule 16.3(c) no later than **February 7, 2019**. Counsel are also directed to either include in their Report, or in a supplemental pleading to be filed no later than 72 hours prior to the Initial Scheduling Conference, a brief statement of the case and the statutory basis for all causes of action and defenses.

Counsel are required to comply with Local Rule 16.3, attached hereto as Appendix I.  In considering the case's suitability for the various forms of alternative dispute resolution, counsel are reminded that among their options are mediation, arbitration, early neutral evaluation, summary jury trial, or any other form of alternative dispute resolution that can be tailored to the needs of their case.

Extensions or enlargements of time will only be granted upon motion, showing good cause, and not upon stipulation by the parties.  *See* Fed. R. Civ. P. 6(b)(1); LCvR 16.4. Motions for a continuance or other scheduling change must be filed three business days prior to the hearing and must include alternative dates that have been agreed upon by all parties. Requests that do not include an alternative date acceptable to all parties will be denied.

The Court reminds both parties' counsel that they are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives.  Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve disputes before bringing them to the Court's attention.  In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court.  Counsel shall not file motions regarding such disputes without a prior telephone conference with the Court and opposing counsel.

Parties are to communicate with the Court by motion, opposition, and reply—not by letter.  Inquiries concerning the status of any pending matter shall be directed to Judge Collyer's Career Law Clerk, Diane Shrewsbury, preferably by email (Diane_Shrewsbury@ dcd.uscourts.gov).

In an emergency, however, Chambers can be reached at (202) 354-3560.


Date:   January 15, 2019                           _____
                                                   ROSEMARY M. COLLYER
                                                   United States District Judge