**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, | : |
| *Plaintiff*, | : |
| v. | : Civil Action No. 1:18-CV-553-RMC |
| THE GEORGE WASHINGTON UNIVERSITY, | : |
| *Defendant*. | : |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Doe, with the consent of all parties, hereby gives notice that this matter is to be voluntarily dismissed with prejudice.

Dated: March 18, 2019

/s/  *Justin Dillon*
Justin Dillon, Esq.
Christopher C. Muha, Esq.
**KAISERDILLON PLLC**
1099 14th St. NW
8th Floor West
Washington, DC 20005
jdillon@kaiserdillon.com
cmuha@kaiserdillon.com

*Counsel for Plaintiff*

/s/  *Joshua W. B. Richards*
Joshua W. B. Richards, Esq.
**SAUL EWING ARNSTEIN & LEHR LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Joshua.Richards@saul.com

Jason A. Ross, Esq.
**SAUL EWING ARNSTEIN & LEHR LLP**
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, DC 20006
Jason.Ross@saul.com

*Counsel for Defendant*